371 A.2d 250

Commonwealth v. Zvolensky, Appellant.

Submitted June 22, 1976.   Gene E. Goldenziel, Assistant Public Defender, for appellant; Anthony J. Popeck, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc.   See Commonwealth v. Roberts, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975) and Commonwealth v. Velasquez, 238 Pa.Superior Ct. 368, 357 A.2d 155 (1976).

371 A.2d 245

Commonwealth ex rel. Cragle v. Cragle,
Appellant.

Argued December 9, 1975. Robert B. Wayne, for appellant; Gailey C. Keller, with him Smith, Eves and Keller, for appellee.

Orders affirmed.